```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLE SCHULMAN,

                Plaintiff,

-against-                      24 Civ. 8322 (AT)

THE DEPARTMENT OF EDUCATION OF THE        **ORDER**
CITY OF NEW YORK,

                Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters dated March 13 and 27, 2025. ECF Nos. 22, 26. Accordingly:

1. Defendant's request for a pre-motion conference is DENIED;
2. Plaintiff's request to file a second amended complaint is DENIED;
3. Defendant's request to file a motion to dismiss is GRANTED;
4. By **April 28, 2025**, Defendant shall file its motion;
5. By **May 27, 2025**, Plaintiff shall file her opposition; and
6. By **June 9, 2025**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: March 31, 2025
         New York, New York

                                                            ANALISA TORRES
                                                  United States District Judge