UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

GABRIELLE SCHULMAN,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK

Defendant.

---------------------------------------------------------------------- x

**DEFENDANT'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

24-cv-08322-AT

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint, dated May 5, 2025, and upon all the papers and proceedings previously had herein, Defendant The Department of Education of the City of New York ("DOE") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Analisa Torres, United States District Judge, on a date and time set by the Court for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting Defendant such other and further relief that this Court deems just and proper.

Dated: New York, New York
May 5, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
Attorney for Defendant
100 Church Street, Room 2-109(g)
New York, NY 10007
(212) 356-4389
cylee@law.nyc.gov

By: /s/ Cynthia A. Lee
Cynthia A. Lee
Assistant Corporation Counsel

cc: Stewart Lee Karlin, Esq. (via ECF)
Attorney for Plaintiff