UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLE SCHULMAN,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2026___

24 Civ. 8322 (AT)

**ORDER**

ANALISA TORRES District Judge:

On November 20, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by January 21, 2025.  ECF No. 5.  On January 6, 2025, the Court adjourned the deadline to March 18, 2025, *see* ECF No. 15.  The parties never filed a joint letter and proposed case management plan, and the Court proceeded to set a briefing schedule on Defendant's motion to dismiss, *see* ECF No. 27, which was granted in part and denied in part on March 2, 2026.  *See* ECF No. 39.  Accordingly, by **March 25, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 4, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge