UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLE SCHULMAN,

                              Plaintiff,

              -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

                              Defendant.

ANALISA TORRES, District Judge:

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____           │
│ DATE FILED:   4/24/2026           │
└──────────────────────────────────┘
```

24 Civ. 8322 (AT)

**SECOND PRETRIAL
SCHEDULING ORDER**

This Court is participating in a **Pilot Program for Initial Discovery Protocols for Employment Cases Alleging Adverse Action**, initiated by the Advisory Committee on Federal Rules of Civil Procedure, available at https://www.fjc.gov/sites/default/files/2012/DiscEmpl.pdf.  The Initial Discovery Protocols will apply to all employment cases pending in this Court that challenge one or more actions alleged to be adverse, except:

(1) Class actions;

(2) Cases in which the allegations involve only the following:

   a.  Discrimination in hiring;
   b.  Harassment/hostile work environment;
   c.  Violations of wage and hour laws under the Fair Labor Standards Act (FLSA);
   d.  Failure to provide reasonable accommodations under the Americans with Disabilities Act (ADA);
   e.  Violations of the Family Medical Leave Act (FMLA); or
   f.  Violations of the Employee Retirement Income Security Act (ERISA).

Parties and counsel in the Pilot Program shall comply with the Initial Discovery Protocols attached to this Order.  If any party believes that there is good cause why this particular case should be exempted from the Initial Discovery Protocols, in whole or in part, that party may raise the issue with the Court in accordance with the Court's Individual Practices in Civil Cases, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

By **July 13, 2026**, the parties shall provide to one another the documents and information described in the Initial Discovery Protocols for the relevant time period.  This obligation supersedes the parties' obligations to provide initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.  The parties shall use the documents and information exchanged in accordance with the Initial Discovery Protocols to prepare the Rule 26(f) discovery plan.

The parties' responses to the Initial Discovery Protocols shall comply with the Federal Rules of Civil Procedure obligations to certify and supplement discovery responses, as well as the form of

production standards for documents and electronically stored information.  As set forth in the attached Protocols, this Initial Discovery is not subject to objections, except upon the grounds set forth in Rule 26(b)(2)(B) of the Federal Rules of Civil Procedure.

       SO ORDERED.

Dated:  April 24, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge