USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLE SCHULMAN,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

Defendant.

24 Civ. 8322 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties were directed to, not later than one week in advance of the November 16, 2026 case management conference, file a joint status report indicating (1) whether they anticipate filing motions for summary judgment and (2) whether they believe the case should be referred to a magistrate judge for settlement discussions. *See* ECF No. 55 ¶ 16. The Court received no submissions. Accordingly, the November 16, 2026 case management conference is ADJOURNED to **December 7, 2026** at **10:00 a.m.** By **November 30, 2026**, the parties shall file a joint status update in accordance with paragraph 16 of the case management conference and scheduling order. *See id.*

SO ORDERED.

Dated: November 10, 2026
New York, New York

ANALISA TORRES
United States District Judge